🖑 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

        - v -                     :           NOTICE OF INTENT TO
                                              FILE AN INFORMATION
JOHN E. WALDEN,                   :
                                              08 Mag. 66
            Defendant.            :
                                              **08 CRIM 525**
- - - - - - - - - - - - - - - - - x

JUDGE KAPLAN

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        June 4, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              Telemachus P. Kasulis
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                        By:   _____
                              Deirdre D. von Dornum
                              Attorney for John E. Walden

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp, 6/4/08]

6/4/08 WHEEL A

TOTAL P.02