```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :    INFORMATION
        - v. -                       :
                                     :    08 Cr. ___ (LAK)
JOHN E. WALDEN,                      :
                                     :
                Defendant.           :
                                     :
- - - - - - - - - - - - - - - - - - x
```

**08 CRIM 525**

## COUNT ONE

The United States Attorney charges:

1. From at least in or about March 2006, up to and including in or about November 30, 2007, in the Southern District of New York and elsewhere, JOHN E. WALDEN, the defendant, unlawfully, willfully, and knowingly, did possess a book, magazine, periodical, film, videotape, computer disk, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, WALDEN possessed child pornography that he had purchased and received through the mail and the Internet.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2008

*Michael Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney