JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA,            :    WAIVER OF
                                     :    INDICTMENT
       - v. -                        :
                                     :    08 Cr.       (LAK)
JOHN E. WALDEN,                      :
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - - - x

08 CRIM

         The above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: JUN 11 2008
```

_____
Defendant

_____ 06/11/08
Witness

_____
Counsel for Defendant

Date:    New York, New York
         June 11, 2008

0202